## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-CR-28-JED-35 |
| CHANTZ LUCAS, | ) ) ) |
| Defendant. | ) ) |

## OPINION AND ORDER

Non-Party Tulsa County District Attorney's *Motion to Quash Subpoena Duces Tecum*, [Dkt. 1004], is before the court for decision. The court ordered that any responses to the motion be filed by April 10, 2015. [Dkt. 1014]. No response has been filed.

Non-Party Tulsa County District Attorney's *Motion to Quash Subpoena Duces Tecum*, [Dkt. 1004], is therefor GRANTED.

IT IS SO ORDERED this 14th day of April 2015.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE